UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

      Domiano P Marino,

                        Debtor.
--------------------------------------------------------X

Chapter 7

Case No. 1-21-42310-nhl

### <u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

**UPON** the motion (the "Motion") of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust (together with any successor and/or assigns, the "Movant"), dated October 27, 2021, for relief from the automatic stay with respect to the collateral known as 103 Savo Loop, Staten Island, NY 10309 (the "Collateral") [ECF No. 11]; and upon the amended notice of motion, dated October 29, 2021 [ECF No. 12]; and due and proper notice of the Motion having been given to all necessary parties; and the Court having held a telephonic hearing on the Motion on December 16, 2021, at which Rich Tracy, Esq. (Counsel to the Movant) appeared and was heard; and upon all of the proceedings had before the Court heretofore; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the above-captioned case is administratively reopened for the purpose of entering this Order; and it is further

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362 (a) is hereby vacated pursuant to 11 U.S.C. §§ 362 (d)(1) and (d)(2) to permit the Movant to exercise the rights and remedies available to the Movant with respect to the Collateral under applicable state law; and it is further

**ORDERED**, that in the event this case is converted to a case under any other chapter of Title 11 U.S.C., this Order will remain in full force and effect; and it is further

**ORDERED**, that the Movant shall promptly report **_and turn over_** *(NHL)* to the Chapter 7 Trustee any surplus monies realized by any sale of the Property; and it is further

**ORDERED**, that the above-captioned case shall be closed fifteen (15) days after the date of entry of this Order.



**Dated: January 24, 2022**
**Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**